```
                              United States Bankruptcy Court
                               Southern District of Georgia
In re:                                                                                  Case No. 18-10806-SDB
Darrell S. Smothers                                                                     Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 113J-1           User: ccburke                Page 1 of 2                 Date Rcvd: Aug 10, 2018
                               Form ID: pdf006              Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db            +Darrell S. Smothers,    3710 Colbert Street,    Augusta, GA 30906-8013
7164528       +Conn Appliances, Inc.,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
7130440        Darnell A. Smothers,    Fort Bragg,    NC
7138192        Nissan Motor Acceptance,    POB 660366,   Dallas, TX 75266-0366
7130443        Nissan Motor Acceptance,    PO Box 660360,    Dallas TX 75266-0360
7130446       +Richard B. Maner, P.C., Attorneys,    5775 Glenridge Drive,    Bldg. D, Suite 100,
                Atlanta GA 30328-5390
7130448       +Southern Finance,   Southern Management Corp,,    PO Box 1947,    Greenville SC 29602-1947
7164094        Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,     PO Box 19657,    Irvine CA 92623-9657
7130451       +Wells Fargo Dealer Services,    Bankruptcy Dept,    PO Box 1697,    Winterville NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bnc@bass-associates.com Aug 10 2018 18:40:01      United Consumer Financial Serv.,
                Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
7160551        +E-mail/Text: g20956@att.com Aug 10 2018 18:41:09      AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
7130442        E-mail/Text: BankruptcyNotices@aafes.com Aug 10 2018 18:40:05      Military Star,
                Exchange Credit Program,    PO Box 650410,   Dallas TX 75265-0410
7161446        E-mail/Text: BankruptcyNotices@aafes.com Aug 10 2018 18:40:05
                Army & Air Force Exchange Services,    Attention GC-G,    3911 S. Walton Walker Blvd.,
                Dallas, TX 75236
7130438       +E-mail/Text: bncconnsnotices@becket-lee.com Aug 10 2018 18:41:24      Conn’s,
                Legal Department, ATTN: Officer/Agent,    3295 College Street,    Beaumont TX 77701-4611
7130439       +E-mail/PDF: creditonebknotifications@resurgent.com Aug 10 2018 18:45:45      Credit One Bank,
                PO Box 98873,   Las Vegas NV 89193-8873
7130441       +E-mail/Text: bankruptcynotices@dcicollect.com Aug 10 2018 18:41:08
                Diversified Consultants, Inc,    10550 Deerwood Park Blvd.,    Jacksonville FL 32256-2805
7157677       +E-mail/Text: bknotices@snsc.com Aug 10 2018 18:41:20      MSE SUB I, LLC, c/o SN Servicing,
                Corporation, its servicing agent,    323 5th Street,   Eureka, CA 95501-0305
7140132        E-mail/PDF: cbp@onemainfinancial.com Aug 10 2018 18:46:13      OneMain,   P.O. Box 3251,
                Evansville, IN. 47731-3251
7130444       +E-mail/PDF: cbp@onemainfinancial.com Aug 10 2018 18:46:14      OneMain,   ATTN: Officer/Agent,
                P.O. Box 1010,   Evansville IN 47706-1010
7130445        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2018 19:07:28
                Portfolio Recovery,    120 Corporate Blvd,   Ste. 1,    Norfolk VA 23502
7131833       +E-mail/Text: bankruptcy.noticing@security-finance.com Aug 10 2018 18:40:04
                SFC Central Bankruptcy,    PO Box 1893,   Spartanburg, SC 29304-1893
7130447        E-mail/Text: bknotices@snsc.com Aug 10 2018 18:41:20      SN Servicing Corporation,
                323 5th Street,   Eureka CA 95501
7130821       +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 18:45:41
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO Box 41021,   Norfolk, VA 23541-1021
7130449       +E-mail/Text: EBankruptcy@UCFS.NET Aug 10 2018 18:41:31      United Consumer Financial Services,
                ATTN: Officer/Agent,    865 Bassett Rd,   Westlake OH 44145-1194
7148181       +E-mail/Text: bnc@bass-associates.com Aug 10 2018 18:40:01
                United Consumer Financial Services,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,
                Tucson, AZ 85712-1083
7130450        E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2018 18:45:57      Wal Mart,   Synchrony Bank,
                PO Box 530927,   Atlanta GA 30353-0927
7149997       +E-mail/PDF: bk@worldacceptance.com Aug 10 2018 18:45:44
                World Finance Corp. c/o World Acceptance Corp.,    Attn: Bankruptcy Processing Center,
                PO Box 6429,   Greenville, SC 29606-6429
7130452       +E-mail/PDF: bk@worldacceptance.com Aug 10 2018 18:45:44      World Finance Corporation,
                ATTN: Officer/Agent,    2640B Metropolitan Pkwy,   Atlanta GA 30315-7902
                                                                                               TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             MSE SUB I, LLC, c/o SN Servicing Corporation, its
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
7163448*      +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                       TOTALS: 1, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113J-1          User: ccburke              Page 2 of 2                  Date Rcvd: Aug 10, 2018
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
              Huon   Le    notices@chp13aug.org
              Marc E. Ripps     on behalf of Creditor    MSE SUB I, LLC, c/o SN Servicing Corporation, its
               servicing agent meratl@aol.com
              Office of the U. S. Trustee     Ustpregion21.sv.ecf@usdoj.gov
              Patti H. Bass     on behalf of Creditor    United Consumer Financial Serv. ecf@bass-associates.com
              Zane P. Leiden     on behalf of Debtor Darrell S. Smothers courtinfo@leidenandleiden.com
                                                                                             TOTAL: 5
```

**IT IS ORDERED as set forth below:**



Date: August 10, 2018

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| In the Matter of: | ) | |
| Darrell S Smothers | ) | Chapter 13 |
| 3710 Colbert Street | ) | |
| Augusta, GA 30906 | ) | Case No: 18-10806-SDB |
| | ) | |
| Debtor | ) | |

**ORDER CONFIRMING PLAN**

It having been determined after hearing on notice that the plan complies with the provisions of Chapter 13 and with all other applicable provisions of Title 11, that all fees, charges or amounts required under Chapter 123 of Title 28 or by the plan, to be paid before confirmation, have been paid, that the plan was proposed in good faith and not by any means forbidden by law, that the value of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor was liquidated under Chapter 7 of Title 11, that with respect to each allowed secured claim provided for, the holder has accepted the plan or the plan provided that the holder shall retain the lien securing the claim and the value to be distributed under the plan is not less than the amount of such claim, that the plan provides for distribution of property on an allowed unsecured claim in the amount of the claim or commits all disposable income for the applicable commitment period.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1) The plan is confirmed. Payments are hereby approved for a period not to exceed five years.

2) Debtor(s) shall pay $1,140.00 monthly to the Chapter 13 Trustee Huon Le - Augusta, P. O. Box 102173, Atlanta, GA 30368-2173. The Trustee shall disburse the money subject to the Trustee's bond.

3) As soon as practical following confirmation, the Trustee shall file a report of all claims filed in the case and the Trustee's proposed treatment of such claims under the plan as confirmed. Except as the plan provides otherwise, disbursements shall be made by the Trustee on a monthly basis.

4) Debtor shall not incur any indebtedness without the approval of the Court or the Trustee.

5) Debtor shall maintain full coverage insurance on all vehicles as required by the lienholder and applicable non-bankruptcy law.

6) Property of the estate revests in the Debtor upon confirmation pursuant to 11 U.S.C. Section 1327.

7) Because no party in interest filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2), the Debtor(s) was not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521 (i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

[END OF DOCUMENT]