**IT IS ORDERED as set forth below:**



**Date: October 4, 2018**

_Susan D. Barrett_
United States Bankruptcy Judge
Southern District of Georgia

---

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | CHAPTER   13 |
| DARRELL S. SMOTHERS, | § | CASE NO.:   18-10806 |
| | § | |
| | § | |
| Debtor(s). | § | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM #8 OF ARMY & AIR FORCE EXCHANGE SERVICES

After proper notice and no response being filed by the deadline by Army & Air Force Exchange Services, Debtor's Objection is hereby granted.

WHEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that Claim #8 of Army & Air Force Exchange Services be reclassified as a general unsecured claim, and be paid accordingly through the Chapter 13 plan.

**[END OF DOCUMENT]**

Presented by:

ZANE P. LEIDEN
COUNSEL FOR DEBTOR
Ga. Bar No. 445820
LEIDEN and LEIDEN
330 Telfair Street
Augusta, Georgia  30901
(706) 724-8548
courtinfo@leidenandleiden.com